IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                      **PLAINTIFF**

**V.**                             **CIVIL ACTION NO. 3:18-CV-63-DPJ-FKB**

**THE UNIVERSITY OF MISSISSIPPI, ET AL.**              **DEFENDANTS**

## NOTICE OF SERVICE

TO:     All Counsel

Notice is given that Defendant The University of Mississippi has served in the above entitled action the following:

1) Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff.

Defendant retains the originals of these papers as custodian.

This the 26th day of July, 2018.

                                               Respectfully submitted,

                                               **THE UNIVERSITY OF MISSISSIPPI AND CHANCELLOR JEFFREY S. VITTER IN HIS OFFICIAL CAPACITY**

                                               */s/ J. Andrew Mauldin*
                                               J. CAL MAYO, JR. (MB NO. 8492)
                                               PAUL B. WATKINS, JR. (MB NO. 102348)
                                               J. ANDREW MAULDIN (MB NO. 104227)
                                               ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com

## CERTIFICATE OF SERVICE

      I, J. Andrew Mauldin, one of the attorneys for Defendant, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record.

      THIS, the 26th day of July, 2018.

                                                 */s/ J. Andrew Mauldin*
                                                 J. ANDREW MAULDIN