IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                         **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 3:18-CV-63-DPJ-FKB**

**THE UNIVERSITY OF MISSISSIPPI, ET AL.**                           **DEFENDANTS**

<u>DECLARATION OF HONEY USSERY</u>

STATE OF MISSISSIPPI
COUNTY LAFAYETTE

Pursuant to 28 U.S.C. § 1746, I, Honey Ussery, declare and state as follows:

1. I make this declaration based on my personal knowledge.

2. I am an adult resident and domiciliary of Lafayette County, Mississippi. My residence is located in Lafayette County, Mississippi.

3. I am the Title IX Coordinator for the University of Mississippi. My office is located in the Martindale Student Services Center, 617 All American Drive, University, Mississippi. I am not an officer of the University.

4. Because both my residence and place of employment are located in Lafayette County, Mississippi, I regularly conduct business in person in Lafayette County, Mississippi.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of August, 2018.

_____
HONEY USSERY

Exhibit "B"