## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JOHN DOE**                                                                                    **PLAINTIFF**

**V.**                                                         **CIVIL ACTION NO.: 3:18CV63-DPJ-FKB**

**STATE OF MISSISSIPPI; ET AL.**                                                         **DEFENDANTS**

## UNOPPOSED MOTION TO EXCEED PAGE LIMIT

COMES NOW, Plaintiff John Doe, by and through undersigned counsel, and respectfully moves this Court to for permission to exceed the thirty-five page limit of L.U. Civ. R. 7(b)(5). In support of this motion the Plaintiff submits as follows:

1.      Presently pending before the Court is the Plaintiff's Motion for a Preliminary Injunction which was filed in March 2018. [Doc. 7]  Due to the detailed nature of the allegations and scope of the issues asserted, a thirty-five page memorandum in support of this motion was also filed.  [Doc. 12]

2.      Pursuant to the Court's Order of July 24, 2018, the Defendants have filed a response to the Motion.  In light of the fact there have been case developments in the three months between the filing of the motion and the filing of the Defendants' response, and in order to directly address certain particular matters raised by the Defendants with relevant legal authority, the Plaintiff would like to file a reply.

3.      Because L.U. Civ. R. 7(b)(5) provides that a movant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages, the Plaintiff respectfully requests permission to exceed this limit by up to five pages.

4.	The Defendants will not be prejudiced by the filing of five (5) additional pages to the Plaintiff's Reply Memorandum, and the instant motion is not intended to harass Defendants and/or to delay the instant action.

5.	Pursuant to L.U. Cɪᴠ. R. 7(b)(10), the undersigned counsel has contacted opposing counsel regarding this request and verified that it is unopposed.

6.	Due to the simple and self-explanatory nature of this motion, the Plaintiff request to be relieved of the obligation to file a supporting Memorandum of Law.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully requests that this Court grant his Unopposed Motion to Exceed Page Limit, allowing the Plaintiff up to exceed the page limitation of L.U.Civ. R. 7(b)(5) by up to five pages when filing a Reply Memorandum in support of his Motion for Preliminary Injunction.

RESPECTFULLY SUBMITTED, this, the 9th day of August 2018.

<div style="margin-left:50%">
Respectfully submitted,<br>
**JOHN DOE**

*/s/ Michelle T. High*<br>
Michelle T. High
</div>

J. Lawson Hester (MSB # 2394)
lhester@pbhfirm.com
Michelle T. High (MSB #100663)
mhigh@pbhfirm.com
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
P.O. Box 16089
Jackson, Mississippi 39236-6089
Telephone: 601-987-5300
Facsimile: 601-987-5353

## CERTIFICATE OF SERVICE

I, Michelle T. High hereby certify that I have this day filed the foregoing document electronically with the U.S. District Court, Southern District of Mississippi Clerk of Court's PACER/ECF system which gives electronic notice to the following:

    J. Cal Mayo, Jr.
    cmayo@mayomallette.com
    Paul B. Watkins, Jr.
    pwatkins@mayomallette.com
    J. Andrew Mauldin
    dmauldin@mayomallette.com
    Mayo Mallette PLLC
    P.O. Box 1456
    Oxford, Mississippi 38655
    **COUNSEL FOR DEFENDANTS**

SO CERTIFIED, this the 9th day of August 2018.

                                      */s/ Michelle T. High*
                                        Michelle T. High