**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JOHN DOE**                                                                                                  **PLAINTIFF**

**V.**                                                                       **CIVIL ACTION NO.: 3:18CV63-DPJ-FKB**

**STATE OF MISSISSIPPI; ET AL.**                                                                **DEFENDANTS**

**MOTION TO FILE EXCESS PAGE**

COMES NOW, Plaintiff John Doe, by and through undersigned counsel, and respectfully moves this Court to for permission to file an excess page with his Reply in Support of his Motion for Preliminary Injunction. In support of this motion the Plaintiff submits as follows:

1. Presently pending before the Court is the Plaintiff's Motion for a Preliminary Injunction which was filed in March 2018. Due to the detailed nature of the allegations and scope of the issues asserted, a thirty-five page memorandum in support of this motion was also filed. Pursuant to the Court's Order of July 24, 2018, the Defendants have filed a response to the Motion.

2. In order to address certain particular matters raised by the Defendants, the Plaintiff requested leave to exceed the 35- page limit for a movant's original and rebuttal memorandum briefs set forth within L.U. Civ. R. 7(b)(5), by five pages. The Court granted this request.

3. Diligent attempts to modify the draft Reply memorandum so as limit the information to under five pages were being made, but undersigned counsel was unable to do before the filing deadline. As such, the memorandum was filed with six pages of argument and an additional two sentences on the top of the seventh page.

4. In light of the foregoing Plaintiff respectfully requests an additional 1 ¼ page extension of the page limit provided within L.U. Civ. R. 7(b)(5).

5. The Defendants will not be prejudiced by the limited additional page.  this motion is not intended to harass or delay.

6. Pursuant to L.U. Cɪᴠ. R. 7(b)(10), the undersigned counsel will contact opposing counsel regarding this request and advise the Court as to whether or not it is opposed as soon as this information is confirmed.

7. Due to the simple and self-explanatory nature of this motion, the Plaintiff request to be relieved of the obligation to file a supporting Memorandum of Law.

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff respectfully requests that this Court grant his Motion to File excess pages, allowing the Plaintiff an additional 1 ¼ page for his Reply Memorandum in support of his Motion for Preliminary Injunction.

RESPECTFULLY SUBMITTED, this, the 11th day of August, 2018.

                                                          Respectfully submitted,
                                                          **JOHN DOE**

                                                          */s/ Michelle T. High*
                                                          Michelle T. High

J. Lawson Hester (MSB # 2394)
lhester@pbhfirm.com
Michelle T. High (MSB #100663)
mhigh@pbhfirm.com
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
P.O. Box 16089
Jackson, Mississippi 39236-6089
Telephone: 601-987-5300
Facsimile: 601-987-5353

## **CERTIFICATE OF SERVICE**

I, Michelle T. High hereby certify that I have this day filed the foregoing document electronically with the U.S. District Court, Southern District of Mississippi Clerk of Court's PACER/ECF system which gives electronic notice to the following:

J. Cal Mayo, Jr.
cmayo@mayomallette.com
Paul B. Watkins, Jr.
pwatkins@mayomallette.com
J. Andrew Mauldin
dmauldin@mayomallette.com
Mayo Mallette PLLC
P.O. Box 1456
Oxford, Mississippi 38655
**COUNSEL FOR DEFENDANTS**

SO CERTIFIED, this the 11th day of August, 2018.

*/s/ Michelle T. High*
Michelle T. High