THE UNIVERSITY OF MISSISSIPPI

## Violence Prevention Office

# Further Research

Recent mass shootings on college campuses have focused on the responsibilities of colleges and universities to prevent and respond to such violence. However, in statistical terms, this type of campus violence thankfully can be considered relatively extraordinary. In contrast, the only type of campus violence that is unfortunately common enough to be characterized as "ordinary" is peer sexual assault and similar forms of campus gender-based violence. Accordingly, this essay explores the scope and dynamics of both "ordinary" and "extraordinary" campus violence, discusses the law and "best practices" dealing with peer sexual violence victims' rights and the due process rights of students accused of misconduct, and contrasts the typical disciplinary responses of many schools to both the methods required by the applicable law and those advocated by the best practices literature. It concludes that understanding peer sexual violence and applying that understanding to less common forms of campus violence may help us to prevent and understand what the proper responses should be to both forms of violence. Nancy Cantalupo, Campus Violence: Understanding the Extraordinary through the Ordinary, 35 J.C. & U.L. 613 (2009), available at: **http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1457343**.

## Legal Resources

United States Department of Education, Office for Civil Rights, Revised Sexual Harassment Guidance: Harassment of Student by School Employees, Other Students, or Third Parties (2001), available at: **http://www.ed.gov/offices/OCR/archives/pdf/shguide.pdf** The Campus Sexual Assault Victim Bill of Rights (amends the Campus Security Act of 1990): 20 U.S.C. § 1092(f)(8); 34 C.F.R. § 668.46(b)(11). See **http://www.securityoncampus.org/ index.php?option=com_content&view=article&id=271&Itemid=60** for links to text of statute and regulations. Regulations also available at: **http://ecfr.gpoaccess.gov/cgi/t/text/text-idx?c=ecfr&sid=78ee624ab6aa8864c4771b260d9902fb&rgn=div8&br=-1&view=text&node=34:3.1.3.1.34.4.40.6&idn‹**

## Assessment Resources

Archambault, J., Community SART Assessment Tool for Universities and Colleges, Campus Safety & Student Development, Civic Research Institute Inc., Kingston, NJ, Volume 7, Number 5, May/June 2004, p 68,80. Heather M. Karjane et al., Sexual Assault on Campus: What Colleges and Universities Are Doing About it (2006), available at: **http://www.ncjrs.gov/pdffiles1/nij/205521.pdf**. Heather M. Karjane et al., Campus Sexual Assault: How America's Institutions of Higher Education Respond (2002), available at: **http://www.ncjrs.gov/pdffiles1/nij/grants/196676.pdf**.

## Books, Reports and Data Resources

**EXHIBIT C**

Kristen Lombardi and Kristin Jones, *Sexual Assault on Campus: A Frustrating Search for Justice* (Center for Public Integrity Series, 2009), available at: http://www.publicintegrity.org/investigations/campus_assault/. Christopher P. Krebs et al, *The Campus Sexual Assault (CSA) Study* (2007), available at: http://www.ncjrs.gov/pdffiles1/nij/grants/221153.pdf. Bonnie S. Fisher et al, National Institute of Justice & Bureau of Justice Statistics, *The Sexual Victimization of College Women* 10 (2000), available at: http://www.ojp.usdoj.gov/nij/pubs-sum/182369.htm. Rana Sampson, *Acquaintance Rape of College Students Examined* (2003), available at: http://eric.ed.gov/ERICDocs/data/ericdocs2sql/content_storage_01/0000019b/80/1a/8e/e1.pdf. Emilie Buchwald, Pamela R. Fletcher, Martha Roth, *Transforming a Rape Culture*, (2005). Jackson Katz, *The Macho Paradox*, (2006). Nancy Chi Cantalupo, Esq., *Using the Law to Debunk Myths Surrounding Peer Sexual Violence on Campus*, Campus Training & Technical Assistance Institute; January 20-21, 2010; Orlando, FL

## General Facts

Understanding Intimate Partner Violence Fact Sheet 2006, Centers for Disease Control and Prevention; http://www.cdc.gov/ViolencePrevention/pdf/IPV-FactSheet.pdf. Sexual Violence Facts at a Glance, Spring 2008, Centers for Disease Control and Prevention; http://www.cdc.gov/ViolencePrevention/pdf/SV-DataSheet-a.pdf. Stalking Fact Sheet, Stalking Resource Center, the National Center for Victims of Crime; http://www.victimsofcrime.org/library/crime-information-and-statistics/stalking.