IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                   **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO.: 3:18CV63-DPJ-FKB**

**STATE OF MISSISSIPPI; ET AL.**                              **DEFENDANTS**

## **MOTION TO FILE EXHIBIT UNDER SEAL**

COMES NOW, Plaintiff John Doe, by and through undersigned counsel and pursuant to L.U.Civ. R. 79(e), and respectfully requests the Court's permission to file Exhibit "A" to the Rebuttal in Support of Plaintiff's Motion for Preliminary Injunction under seal. In support of this motion, the Plaintiff states as follows:

1. On July 20, 2018, the Court entered a Protective Order in this case whereby documents designated as "Confidential" may be disclosed or made available only to this Court, to legal counsel for the parties and to certain "qualified persons". [Doc. 74] If confidential information is filed with this Court, the party filing the pleading or paper including the confidential information shall request pursuant to L.U.Civ.R. 79 that the Court seal the record.

2. The Plaintiff has filed a Rebuttal in Support of his Motion for Preliminary Injunction which includes reference to an email that was marked "Confidential" by the University, when it was provided during the course of preliminary discovery. [Doc. 102] The Plaintiff believes the content of this email supports his argument to the Court and wishes to file it as Exhibit "A" to the Rebuttal.

3. Because the email Plaintiff seeks to include as Exhibit "A" to his Rebuttal was marked "Confidential" by the Defendant during the course of discovery, the Plaintiff seeks leave

to file the exhibit under seal from public access only, with CM/ECF access permitted to the litigants' counsel pursuant to L.U.Civ.R. 79(e)(3)(B)(2).

4.      Pursuant to L.U. Civ. R. 7 (b)(10), the Plaintiff advises that he does not believe this motion is opposed, as it was the Defendant who designated the content of the email Confidential.

5.      Due to the simple and straightforward nature of this motion, the Plaintiff further requests he be relieved of the obligation to file an accompanying memorandum of law.

FOR THESE REASONS, the Plaintiff respectfully requests that the Court allow him to file Exhibit "A" to his Rebuttal in Support of his Motion for Preliminary Injunction under seal.

RESPECTFULLY SUBMITTED, this, the 13th day of August, 2018.

>  Respectfully submitted,
>  **JOHN DOE**
>
>  */s/ Michelle T. High*
>  Michelle T. High

J. Lawson Hester (MSB # 2394)
lhester@pbhfirm.com
Michelle T. High (MSB #100663)
mhigh@pbhfirm.com
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
P.O. Box 16089
Jackson, Mississippi 39236-6089
Telephone: 601-987-5300
Facsimile: 601-987-5353

## **CERTIFICATE OF SERVICE**

I, Michelle T. High hereby certify that I have this day filed the foregoing document electronically with the U.S. District Court, Southern District of Mississippi Clerk of Court's PACER/ECF system which gives electronic notice to the following:

J. Cal Mayo, Jr.
cmayo@mayomallette.com
Paul B. Watkins, Jr.
pwatkins@mayomallette.com
J. Andrew Mauldin
dmauldin@mayomallette.com
Mayo Mallette PLLC
P.O. Box 1456
Oxford, Mississippi 38655
**COUNSEL FOR DEFENDANTS**

SO CERTIFIED, this the 13th day of August, 2018.

*/s/ Michelle T. High*
Michelle T. High