IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN DOE**                                                                                                       **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 3:18-CV-63-DPJ-FKB**

**THE UNIVERSITY OF MISSISSIPPI, ET AL.**                  **DEFENDANTS**

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

In further support of their Response to Motion for Preliminary Injunction, the Defendants submit the following exhibits:

Exhibit "9"      Declaration of Rebecca Bressler; and

Exhibit "10"     Supplemental Declaration of Honey Ussery.

FOR THESE REASONS, Defendants respectfully move this Court to deny Plaintiff's Motion for Preliminary Injunction. Defendants request such other relief as the Court deems appropriate under the circumstances.

THIS, the 13th day of August, 2018.

                                                            Respectfully submitted,

                                                            STATE OF MISSISSIPPI; THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING; THE BOARD OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER LEARNING; C.D. SMITH, JR.; SHANE HOOPER; TOM DUFF; DR. FORD DYE; ANN H. LAMAR; DR. ALFRED E. MCNAIR, JR.; CHIP MORGAN; HAL PARKER; ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG ROUSE; DR. J. WALT STARR; GLENN F. BOYCE; JEFFREY S. VITTER

                                                            /s/ Paul B. Watkins, Jr.
                                                            J. CAL MAYO, JR. (MB NO. 8492)
                                                            PAUL B. WATKINS, JR. (MB NO. 102348)
                                                            J. ANDREW MAULDIN (MB NO. 104227)
                                                            ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com

## CERTIFICATE OF SERVICE

  I, Paul B. Watkins, Jr., one of the attorneys for Defendants, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record.

  THIS, the 13th day of August, 2018.

              */s/ Paul B. Watkins, Jr.*
              PAUL B. WATKINS, JR.