IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JOHN DOE | PLAINTIFF |
| V. | CIVIL ACTION NO. 3:18-cv-63-DPJ-FKB |
| THE UNIVERSITY OF MISSISSIPPI; STATE INSTITUTIONS OF HIGHER LEARNING ("IHL"); TRACY MURRY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; HONEY USSERY, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; STATE OF MISSISSIPPI, and DOES 1-5. | DEFENDANTS |

### SUPPLEMENTAL DECLARATION OF HONEY USSERY

STATE OF MISSISSIPPI
COUNTY OF LAFAYETTE

Pursuant to 28 U.S.C. § 1746, I, Honey Ussery, declare and state as follows:

1. I make this declaration based on my personal knowledge or based on a review of records generated or maintained in the normal course of business. I am an adult resident of Lafayette County, Mississippi.

2. I am the Title IX Coordinator for the University of Mississippi.

3. The document attached as Exhibit "A" to this Declaration contains my contemporaneous handwritten notes of an interview I conducted with a University student on June 19, 2017, as a part of my investigation of the sexual misconduct complaint filed by Jane Roe against John Doe. I used these notes to create the portion of my Title IX report summarizing this student's statements to me. These notes were inadvertently omitted from my prior declaration of August 3, 2018.

4. After further reviewing my records, I also remembered that I did not personally interview one of the witnesses whose statements are reflected in my report. Rebecca Bressler, the

EXHIBIT "10"

University's Director of Equal Opportunity & Regulatory Compliance and my immediate supervisor, conducted one such interview on July 13, 2018 because I was unavailable. The document attached as Exhibit "B" to this Declaration contains Ms. Bressler's contemporaneous handwritten notes from that interview. Ms. Bressler provided me with these notes after the interview, and I spoke with her about the witness' statements before completing my report. Ms. Bressler's office handles other types of discrimination investigations, such as Title VII, and it is not uncommon for us to conduct interviews for each other's case files.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed this 13th day of August, 2018.

**HONEY USSERY**