

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

AUG 16 2018

ARTHUR JOHNSTON
BY_____DEPUTY

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JOHN DOE**                                                                  **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:18-CV-63-DPJ-FKB**

**STATE OF MISSISIPPI; THE UNIVERSITY OF
MISSISIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING ("IHL"); ET AL.**                                      **DEFENDANTS**

### NOTICE OF CONVENTIONAL FILING

Exhibits "9A" and "10A" to Defendant's Supplemental Response to Plaintiff's Motion for Preliminary Injunctions [Dkt. 109] are being electronically filed under restriction by the Office of the Clerk pursuant to Order filed on August 14, 2018. This document will be electronically filed through ECF by the Clerk of the Court with restricted access to the parties.

THIS, the 14th day of August, 2018.

Respectfully submitted,

STATE OF MISSISSIPPI; THE UNIVERSITY OF
MISSISSIPPI; STATE INSTITUTIONS OF HIGHER
LEARNING; THE BOARD OF TRUSTEES OF STATE
INSTITUTIONS OF HIGHER LEARNING; C.D.
SMITH, JR.; SHANE HOOPER; TOM DUFF; DR.
FORD DYE; ANN H. LAMAR; DR. ALFRED E.
MCNAIR, JR.; CHIP MORGAN; HAL PARKER;
ALAN W. PERRY; CHRISTY PICKERING; DR. DOUG
ROUSE; DR. J. WALT STARR; GLENN F. BOYCE;
JEFFREY S. VITTER

_____
J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB No. 102348)
J. ANDREW MAULDIN (MB NO. 104227)
*ATTORNEYS FOR THESE DEFENDANTS*

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com
dmauldin@mayomallette.com

## CERTIFICATE OF SERVICE

I, Paul B. Watkins, Jr., one of the attorneys for the Defendants, do certify that I have this date delivered by United States mail, postage fully prepaid, a true and correct copy of the above and foregoing document to the following:

J. Lawson Hester, Esq.
Michelle T. High, Esq.
Pettis, Barfield & Hester, P.A.
P.O. Box 16089
Jackson, MS 39236-6089

THIS, the 14th day of August, 2018.

_____
PAUL B. WATKINS, JR.