UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DOE                                                                        PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:18cv63-DPJ-FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL.                                          DEFENDANTS

## DEFENDANTS' EXHIBIT LIST

| | NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|---|
| 8-15-18 | D1 | Case File | | | X |
| 8-15-18 | D2 | The University of Mississippi's University Judicial Council/Appellate Consideration Board Training | | | X |
| 8-15-18 | D3 | The University of Mississippi's University Judicial Council Presentation – Office of Conflict Resolution and Student Conduct | | | X |
| 8-15-18 | D4 | Letter to Honey Ussery from Kenneth Coghlan dated June 28, 2017 | Honey Ussery | | X |
| 8-15-18 | D5 | Sexual Misconduct DSA.SC.200.075 of The University of Mississippi | | | X |
| 8-15-18 | D6 | Declaration of Honey Ussery dated August 3, 2018 | | | X |
| 8-15-18 | D7 | Structure of the University Conduct System DSA.SC.300.001 | | | X |
| 8-15-18 | D8 | Declaration of Rebecca Bressler dated August 3, 2018 | | | X |
| 8-15-18 | D9 | Respondent's Additional Information | | | X |
| 8-15-18 | D10 | John Doe's Statement on Appeal of the November 16-17, 2017 University Judicial Council's Decision | | | X |
| 8-15-18 | D11 | Academic Conduct and Discipline of The University of Mississippi | | | X |
| 8-15-18 | D12 | Emails dated August 26, 2017 between Jane Roe and T. Murry re question | | | X |
| 8-15-18 | D13 | Declaration of Rebecca Bressler dated August 13, 2018 | | | X |
| 8-15-18 | D14 | Supplemental Declaration of Honey Ussery | | | X |

| NO. | DESCRIPTION | SPONSOR | ID. | EVID. |
|-----|-------------|---------|-----|-------|
| D15 | Responsibility Hearing Transcript dated August 24, 2017 | | | X |
| D16 | Responsibility Hearing Transcript dated November 17, 2017 | | | X |
| D17 | Flash drive audio | | | X |
| D18 | Email dated June 19, 2017 from Honey Ussery to John Doe re meeting | Honey Ussery | | X |
| D19 | Emails dated November 15-16, 2017 re hearing | James L. Pettis, III | | X |
| D20 | Emails dated November 16, 2017 re student board member | James L. Pettis, III | | X |
| D21 | Certified copy of criminal record* | | | X* |

8-15-18 (D15)
8-15-18 (D16)
8-15-18 (D17)
8-15-18 (D18)
8-16-18 (D19)
8-16-18 (D20)
8-16-18 (D21)

**\*admitted for limited purposes as stated on the record**