

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DOE                                                                             PLAINTIFF

V.                                                   CIVIL ACTION NO. 3:18-CV-63-DPJ-FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL.                              DEFENDANTS

## ORDER

Presently before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion to Compel Discovery [Doc. 118]. The Court has been informed that Plaintiff does not oppose Defendants' request, provided all preliminary discovery is stayed subject to the same terms.

Upon due consideration, the Court finds that the motion is well taken and is hereby GRANTED. It is, therefore, ORDERED that all further preliminary discovery and discovery-related briefing, including Defendants' deadline to respond to Plaintiff's Motion to Compel Discovery [Doc. 85], is stayed until ten days from the Court's ruling on Defendants' Motion to Stay, to be filed on or before August 24, 2018, or ten days from the lifting of any such stay, whichever is longer.

THIS, the 22nd day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

J. Cal Mayo, Jr. (MB No. 8492)
MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035