# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOHN DOE**                                                                                          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 3:18-CV-63-DPJ-FKB**

**STATE OF MISSISSIPPI, ET AL.**                                                    **DEFENDANTS**

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS

This matter comes before the Court on the *ore tenus* motion of the parties. Since the filing of the Complaint in this matter, the Plaintiff has been criminally indicted in Mississippi circuit court for sexual battery as a result of the underlying sexual encounter. In order that all parties be provided an opportunity to fully participate in this action without the possible infringement on the Plaintiff's Fifth Amendment privilege or any impediment of the Defendants' ability to defend the claims asserted against them, the parties have jointly requested the Court to temporarily stay this action for a period of 120 days or until the resolution of the criminal proceedings involving the Plaintiff, whichever first occurs. The Court recognizes the concerns and risks of injury presented to all parties, as well as the potential for resolution without infringement on either the Plaintiff's Fifth Amendment privilege or the Defendants' ability to defend, should a temporary stay be granted. For this reason, the request to stay all proceedings in this matter is granted.

IT IS THEREFORE ORDERED that this case is administratively stayed for a period of 120 days or until resolution of the criminal proceedings involving the Plaintiff, whichever occurs first. This stay of proceedings is issued without prejudice to any party's ability to move for an

earlier lifting of the stay or for an additional stay for good cause shown, should circumstances so require.

This Order renders the Defendants' Motion to Stay [141] moot.

**SO ORDERED AND ADJUDGED** this the 7th day of September, 2018.

                                              s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE

PREPARED BY:

J. Cal Mayo (MSB #8492)
cmayo@mayomallette.com
Mayo Mallette PLLC
5 University Office Park
2094 Old Taylor Road, Suite 200
Post Office Box 1456
Oxford, Mississippi 38655

Michelle T. High (MSB #100663)
mhigh@pbhfirm.com
Pettis, Barfield & Hester, P.A.
4450 Old Canton Road, Suite 210
Jackson, Mississippi 39211
P.O. Box 16089
Jackson, Mississippi 39236-6089