THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DOE                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:18-cv-63-DPJ-FKB

THE UNIVERSITY OF MISSISSIPPI, ET AL.                                                DEFENDANTS

AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint *ore tenus* motion of the parties for dismissal with prejudice of Plaintiff's claims against Defendants. This Court finds that the motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that all claims (asserted or amenable to assertion) are dismissed with prejudice, with the parties to bear their own attorney fees, expenses, and costs. The Court retains jurisdiction to enforce the terms of the Protective Order [Doc. 74].

**SO ORDERED,** this the 14th day of March, 2022.

                                                  s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE

APPROVED:

*/s/ Michelle T. High*
Michelle T. High (MB No. 100663)
Attorney for Plaintiff

*/s/ J. Cal Mayo, Jr.*
J. Cal Mayo, Jr. (MB No. 8492)
Attorney for Defendants